AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| O'HARA, JAMES P. | U.S. DISTRICT COURT | 04/22/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| MAGISTRATE JUDGE, FULL-TIME | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>**5b.** ☐ Amended Report | 1/1/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

219 U.S. COURTHOUSE
500 STATE AVENUE
KANSAS CITY, KS 66101

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'HARA, JAMES P. | 04/22/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **O'HARA, JAMES P.** | 04/22/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'HARA, JAMES P. | 04/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Security Bank of KC (savings & checking) | A | Interest | J | T | | | | | |
| 2. Mariner Rollover IRA No. 1 (formerly Fidelity Rollover IRA No. 1) | | | | | | | | | |
| 3. - Fidelity Cash Reserves | A | Interest | J | T | | | | | |
| 4. - Harding Loevner Int'l Equity Port Inst'l | A | Dividend | K | T | Buy | 02/05/19 | J | | |
| 5. -Convergence Core Plus Fund Institutional C1 | | None | | | Sold (part) | 02/05/19 | J | A | |
| 6. | | | | | Sold | 08/29/19 | K | E | |
| 7. - Nuance Concentrated Value Fd Inst'l | A | Dividend | K | T | Sold (part) | 02/04/19 | J | A | |
| 8. | | | | | Buy | 12/20/19 | J | | |
| 9. - Tortise MLP Pipeline Fd Inst'l | | None | J | T | Sold (part) | 02/05/19 | J | B | |
| 10. - Stone Ridge Reinsurance Risk Premium I | A | Dividend | J | T | Sold (part) | 02/27/19 | J | A | |
| 11. | | | | | Sold (part) | 05/30/19 | J | A | |
| 12. | | | | | Sold (part) | 08/26/19 | J | A | |
| 13. | | | | | Sold (part) | 11/27/19 | J | B | |
| 14. - Walthausen Small Cap Value Fund | | None | | | Sold | 02/05/19 | J | C | |
| 15. - Hotchkis & Wiley High Yield | A | Dividend | | | Sold | 02/05/19 | K | B | |
| 16. - Lazard Global | A | Dividend | J | T | Sold (part) | 02/05/19 | K | A | |
| 17. | | | | | Buy | 06/21/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'HARA, JAMES P. | 04/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy | 09/20/19 | J | | |
| 19. | | | | | Buy | 12/20/19 | J | | |
| 20. -Cullen Emerging Market High Dividend Cl I | A | Dividend | J | T | Sold (part) | 02/05/19 | J | A | |
| 21. | | | | | Buy | 09/27/19 | J | | |
| 22. | | | | | Buy | 12/20/19 | J | | |
| 23. -AQR Managed Futures Fund C1 I | | None | | | Sold | 02/05/19 | J | A | |
| 24. -Dodge & Cox Income | A | Dividend | K | T | Buy | 02/05/19 | K | | |
| 25. | | | | | Buy | 09/03/19 | J | | |
| 26. -Ishares Core S&P 500 ETF | | None | L | T | Buy | 02/05/19 | J | | |
| 27. | | | | | Buy | 08/30/19 | J | | |
| 28. | | | | | Buy | 09/04/19 | J | | |
| 29. -PrimeCap Oydessy Growth Fund | A | Dividend | K | T | Sold (part) | 02/05/19 | J | A | |
| 30. | | | | | Buy | 09/03/19 | J | | |
| 31. -Stoneridge All Asset Variable Risk Premium I | | None | | | Sold (part) | 01/16/19 | J | A | |
| 32. | | | | | Sold (part) | 04/12/19 | J | A | |
| 33. | | | | | Sold | 07/12/19 | J | A | |
| 34. -Vanguard FTSE Developed Market ETF | | None | K | T | Buy | 02/06/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'HARA, JAMES P. | 04/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Buy | 09/04/19 | J | | |
| 36. -Versus Capital Multi Manager Real Estate Income I | A | Dividend | | | Sold | 01/25/19 | J | A | |
| 37. -Metropolitan West Total Return Class I | A | Dividend | L | T | Buy | 02/05/19 | K | | |
| 38. | | | | | Buy | 05/31/19 | J | | |
| 39. | | | | | Buy | 06/28/19 | J | | |
| 40. | | | | | Buy | 08/30/19 | J | | |
| 41. | | | | | Buy | 11/27/19 | J | | |
| 42. -AQR Equity Market Neutral Fund | | None | | | Sold | 02/04/19 | J | A | |
| 43. -Undiscovered Mgr Behavioral Value Fund Class A | A | Dividend | J | T | Buy | 02/05/19 | J | | |
| 44. -Vanguard Real Estate ETF | | None | J | T | Buy | 02/06/19 | J | | |
| 45. Mariner Rollover IRA No. 2 (formerly Fidelity Rollover IRA No. 2) | | | | | | | | | |
| 46. - Fidelity Cash Reserves | A | Interest | | | Sold | 07/04/19 | J | A | |
| 47. - Metropolitan West Tot Return Bond Cl M | A | Dividend | | | Buy | 02/07/19 | J | | |
| 48. | | | | | Sold | 07/23/19 | J | A | |
| 49. - Fidelity 500 Index Intsitu Prem (f/k/a Fid 500 Index Prem Class) | A | Dividend | | | Buy | 02/06/19 | J | | |
| 50. | | | | | Buy | 04/05/19 | J | | |
| 51. | | | | | Sold | 07/23/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'HARA, JAMES P. | 04/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | A | Dividend | | | Buy | 02/06/19 | J | | |
| 53. | | | | | Sold | 07/23/19 | J | A | |
| 54.  - Tortoise MLP & Pipeline Fd Investor Cl | | None | | | Sold<br>(part) | 02/07/19 | J | A | |
| 55. | | | | | Sold | 07/23/19 | J | A | |
| 56.  - Nuance Concentrated Value Fund Class A | A | Dividend | | | Sold<br>(part) | 02/07/19 | J | A | |
| 57. | | | | | Sold | 07/23/19 | J | A | |
| 58.  - Hotchkis & Wiley High Yield | A | Dividend | | | Sold | 07/23/19 | J | A | |
| 59.  - Lazard Global | A | Dividend | | | Sold<br>(part) | 02/07/19 | J | A | |
| 60. | | | | | Sold | 07/23/19 | J | A | |
| 61.  - AQR Managed Futures | | None | | | Sold | 02/07/19 | J | A | |
| 62.  - Cullen Emerging Market | A | Dividend | | | Sold<br>(part) | 02/07/19 | J | A | |
| 63. | | | | | Sold | 07/23/19 | J | A | |
| 64.  - Harding Loevner Int'l Equity | | None | | | Buy | 02/07/19 | J | | |
| 65. | | | | | Sold | 07/23/19 | J | A | |
| 66.  - John Hancock Global | | None | | | Sold | 02/07/19 | J | A | |
| 67.  - Walthausen Small Cap | | None | | | Sold | 02/07/19 | J | A | |
| 68.  - IShares S&P 500 Growth | | None | | | Sold | 07/24/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'HARA, JAMES P. | 04/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | -AQR Equity Market Neutral Fund Cl N | | None | | | Sold | 02/07/19 | J | A | |
| 70. | -Fidelity U.S. Bond Index Fund (f/k/a Fid U.S. Bank Index Prem Class) | A | Dividend | | | Buy | 02/06/19 | J | | |
| 71. | | | | | | Sold | 07/23/19 | J | A | |
| 72. | -Fidelity MSCI Real Estate Index Fund | | None | | | Sold (part) | 02/07/19 | J | A | |
| 73. | | | | | | Buy | 07/01/19 | J | | |
| 74. | | | | | | Sold | 07/24/19 | J | A | |
| 75. | -Ishares TR Int'l Dev. Re | | None | | | Sold | 07/24/19 | J | A | |
| 76. | -Undiscovered Manager Behavioral Value Fund Class A | | None | | | Buy | 02/07/19 | J | | |
| 77. | | | | | | Sold | 07/23/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **O'HARA, JAMES P.** | 04/22/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| **O'HARA, JAMES P.** | 04/22/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ JAMES P. O'HARA**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544